IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TERI DAWSON,

    Plaintiff,

vs.                                      Case No. 16-cv-827-DRH-SCW

WOO HYUN SOHN, SOUTHERN ILLINOIS
HEALTHCARE d/b/a MEMORIAL
HOSPITAL OF CARBONDALE, and
INTUITIVE SURGICAL, INC.,

    Defendants.

## ORDER

**HERNDON, District Judge:**

    Presently before the Court is the motion to dismiss defendant Woo Hyun Sohn, M.D., with prejudice, and to substitute the United States of America as defendant (Doc. 3). The motion is filed pursuant to 42 U.S.C. § 233. The plaintiff has failed to respond. Pursuant to Local Rule 7.1(c), plaintiff's failure to respond is deemed an admission of the merits of the motion.

    The Court, being fully advised of the premises and for the reasons stated in the motion, **GRANTS** the motion (Doc. 3). Defendant Woo Hyun Sohn, M.D is dismissed from this lawsuit with prejudice in accord with 42 U.S.C. § 233. Furthermore, the United States of America is substituted as a defendant. The

Court **DIRECTS** the Clerk to update the docket to reflect the changes effected by this Order.

    **IT IS SO ORDERED.**

    **Signed this 20th day of October, 2016.**

Digitally signed by Judge David R. Herndon
Date: 2016.10.20 15:29:04 -05'00'

**United States District Judge**